UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GJOLAJ and
ANTONETA GJOLAJ,

      Plaintiff,

                                             Case No. 23-cv-12492
v.                                       Hon. Matthew F. Leitman

UR JADDOU, *et al.*,

      Defendants

_____/

### ORDER TERMINATING DEFENDANTS'
### MOTION TO DISMISS (ECF No. 10) AS MOOT

In this action, Plaintiffs John and Antoneta Gjolaj initially sought to compel the Defendants to decide their pending immigration applications. (*See* Compl., ECF No. 1.) On May 15, 2024, Defendants moved to dismiss Plaintiffs' Complaint. (*See* Mot. to Dismiss, ECF No. 10.) Defendants argued that Plaintiffs' claims were moot because, following the filing of the Complaint, Plaintiffs' immigration applications had been denied. (*See id.*) Plaintiffs thereafter filed an Amended Complaint in which they claim that the denial of their applications was wrongful. (*See* Am. Compl., ECF No. 11.)

Based on the filing of Plaintiffs' Amended Complaint, Defendants' motion to dismiss is now moot. The Court therefore **TERMINATES** that motion without

prejudice.  Defendants shall answer or otherwise respond to the Amended Complaint

by December 2, 2024. (*See* Stipulated Order, ECF No. 14.)

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 2, 2024


I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on October 2, 2024, by electronic means and/or
ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126